

# NUMBER 13-14-00264-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROBERT MATTHEW VILLARREAL

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Per Curiam Order**

Relator Robert Matthew Villarreal filed a petition for writ of mandamus in the above cause on June 16, 2015 contending that the trial court has abused its discretion in failing to rule on relator's motions for nunc pro tunc judgment. The Court requests that the State of Texas, acting by and through the District Attorney of De Witt County, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
18th day of June, 2015.